Alfred Shaumyan, California Bar No. 266908
alfred.shaumyan@bryancave.com
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Attorneys for Defendant
Opportunity Financial, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>Equifax, Inc.; Opportunity Financial, LLC, and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 2:17-cv-02259-MCE-CKD<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

In accordance with the stipulation by and between Plaintiff Christine Williams ("Plaintiff") and Defendant Opportunity Financial, LLC ("Opportunity Financial"), and good cause appearing, Opportunity Financial's deadline to respond to Plaintiff's Complaint is hereby extended by 28 days until January 15, 2018.

IT IS SO ORDERED.

Dated: January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE